NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-597


MANUEL K. BERARD, SR.

VERSUS

JESSICA ROLLER, ET AL.


**********
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2002-4491
HONORABLE DAVID PAINTER, DISTRICT JUDGE

**********
ULYSSES GENE THIBODEAUX
CHIEF JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, C.J., Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.


Bryan Forrest Gill, Jr.
427 Kirby Street
Lake Charles, LA 70601
Telephone: (337) 433-8116
COUNSEL FOR:
     Plaintiff/Appellee - Manuel K. Berard, Sr.


Michael Wayne Landry
Law Offices of Harold Toscano
One Lakeshore Drive - Suite 1710
Lake Charles, LA 70629
Telephone: (337) 497-0039
COUNSEL FOR:
     Defendant/Appellant - Allstate Insurance Company